UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEET METAL WORKERS PENSION
TRUST OF NORTHERN CALIFORNIA,
et al.,

Plaintiffs,

v.

EVOLUTION SHEET METAL & METAL
FABRICATION, INC.,

Defendant.

Case No.  20-cv-02110-PJH

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND
RECOMMENDATION**

Re: Dkt. Nos. 25, 42, 45

The court has reviewed Magistrate Judge Beeler's report and recommendation to grant plaintiffs' motion for default judgment (Dkt. 25) against defendant.  Dkt. 42. Defendant failed to file any objections to the report.  The court finds the report correct, well-reasoned, and thorough.  Accordingly, the court adopts the report in full.

In light of the above, the court **TERMINATES** plaintiffs' August 25, 2021 request that the court adopt Judge Beeler's report.  Dkt. 45.

**IT IS SO ORDERED.**

Dated: August 30, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California