UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLUTION SHEET METAL & METAL FABRICATION, INC.,<br><br>Defendant. | Case No. 20-cv-02110-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted plaintiffs' motion for default judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of plaintiffs and against defendant. The court **ORDERS** that judgment for plaintiffs in the amount of $ 82,914.05 (plus daily simple interest, as specified in Judge Beeler's report (Dkt. 42)).  The court **ORDERS** that defendant satisfy payment of this judgment within 90 days (unless the parties stipulate to another deadline).

**IT IS SO ORDERED.**

Dated:  August 30, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge